# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CYNTHIA M. TERRILL,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL NO. 2:16-CV-441-DBH** |
| **CAROLYN W. COLVIN, ACTING** ) | |
| **COMMISSIONER, SOCIAL SECURITY** ) | |
| **ADMINISTRATION,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 20, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Amended Recommended Dismissal. The time within which to file objections expired on February 3, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF FEBRUARY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**